## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | | |
|---|---|---|
| **KE'ELTA JUNIFER** | * | **CIVIL DOCKET NO:** |
| | * | |
| **VERSUS** | * | **JUDGE:** |
| | * | |
| **FAMILY DOLLAR STORES OF** | * | |
| **LOUISIANA, INC.** | * | **MAG. JUDGE:** |

## NOTICE OF REMOVAL

Defendant, Family Dollar Stores of Louisiana, Inc. ("Family Dollar"), files this notice of removal on the following grounds:

### THE REMOVED CASE

**1.**

On July 14, 2020, a Petition for Damages was filed on behalf of plaintiff, Ke'elta Junifer, in the 16th Judicial District Court for the Parish of St. Mary, State of Louisiana, styled *"Ke'elta Junifer versus Family Dollar Stores of Louisiana, Inc.,"* bearing Docket Number 134988.

**2.**

On July 28, 2020, Defendant, Family Dollar, was served with the Petition for Damages through CT Corporation, its agent for service of process.

**3.**

Attached hereto as Exhibit A, *in globo*, is a complete copy of all pleadings currently filed in the court record for the 16th Judicial District Court, including a copy of all process served on Defendant.

**4.**

In her state court Petition, Plaintiff alleges that, on or about July 15, 2019, she was shopping at a Family Dollar Store in Morgan City, Louisiana, when she slipped and fell in a puddle of water

on the floor. She claims that water was leaking from several nearby coolers that house frozen goods.

5.

Plaintiff alleges that, as a result of the fall, she sustained "severe injuries to the structure, tissue and muscles of her body" including alleged neck and back injuries. Plaintiff further alleges the following damages:

a)  Past, present, and future physical pain, suffering, and loss of function;

b)  Past, present, and future mental pain, anguish, and suffering;

c)  Past, present, and future medical expenses, which include, but are not limited to, rehabilitation costs, doctor bills, hospital bills, medical tests, pharmaceutical bills, laboratory examinations, physical examination costs, diagnostic studies, and prosthesis;

d)  Past, present, and future loss of earning capacity, including, but not limited to, loss of salary, fringe benefits, vacation, sick leave, overtime, parking, health and hospitalization insurance, and disability coverage;

e)  Permanent disability to the musculature, ligaments, and bones of the body and permanent scarring and disfigurement;

f)  General damages cognizable by the laws of Louisiana, its Constitution, and the Constitution of the United States of America.

<strong><u>BASIS OF JURISDICTION</u></strong>

6.

Defendant avers that this Court has original jurisdiction over the claims asserted by Plaintiff pursuant to the provisions of 28 U.S.C. §§ 1332 and 1441, as this is a civil action between

1957911.v1

citizens of different states, where the amount in controversy is in excess of $75,000.00, exclusive of interests and costs.

## PARTIES AND DIVERSITY OF CITIZENSHIP

### 7.

Defendant shows that there is complete diversity of citizenship between Plaintiff and Defendant.

### 8.

Plaintiff, Ke'elta Junifer, is a resident of, and domiciled in, the Parish of St. Mary, State of Louisiana. Accordingly, Ke'elta Junifer is a citizen of the State of Louisiana.

### 9.

Defendant, Family Dollar Stores of Louisiana, Inc., is a corporation registered in North Carolina, with its principal place of business in Chesapeake, Virginia. Thus, Family Dollar is deemed to be a citizen of North Carolina and Virginia.

### 10.

Because Plaintiff is a citizen of Louisiana, and Defendant is a citizen of North Carolina and Virginia, complete diversity exists.

## AMOUNT IN CONTROVERSY

### 11.

Defendant states that, based upon the allegations of Plaintiff's Petition for Damages and Plaintiff's Responses to Defendant's Requests for Admission, the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interests and costs.

1957911.v1

**12.**

Plaintiff does not plead, and Louisiana law does not allow Plaintiff to plead, a specific amount of damages. La. Code Civ. Proc. art. 893(a)(1). In such circumstances, the Fifth Circuit permits removal under 28 U.S.C. § 1332(c)(2)(B) if the district court finds, by a preponderance of the evidence, that the amount in controversy exceeds $75,000.00, exclusive of interest and costs. *Gebbia v. Wal-Mart Stores, Inc.*, 233 F.3d 880, 882 (5th Cir. 2000).

**13.**

The value of Plaintiff's claims was not ascertainable from the allegations in the Petition for Damages. As such, on September 17, 2020, Defendant propounded initial discovery to the Plaintiff, including a Request for Admission that Plaintiff's claims do not exceed $75,000.00, exclusive of costs and interest. On December 14, 2020, Defendant was served with a response to the Request for Admission, whereby Plaintiff denied that her claims do not exceed $75,000.00, exclusive of costs and interest. A copy of Plaintiff's response to the Request for Admission is attached hereto as Exhibit B.

**14.**

Plaintiff's response to Defendant's Request for Admission was the first indication that the amount in controversy exceeded $75,000.00, exclusive of costs and interest. Defendant shows that, based upon the information provided by the Plaintiff in response to the Request for Admission, the amount in controversy exceeds $75,000.00.

**15.**

Defendant shows that this Court has original jurisdiction over this action pursuant to the provisions of 28 U.S.C. § 1332(a), in that the amount in controversy exceeds the sum of

1957911.v1

$75,000.00, exclusive of interests and costs, and this is an action between citizens of different states.

## REMOVAL IS TIMELY

### 16.

Defendant shows that this Notice of Removal was timely filed with this Court pursuant to the provisions of 28 U.S.C. § 1446(b)(3) and § 1446(c)(3)(A), as notice was filed within 30 days of receipt by Defendant of Plaintiff's Response to Request for Admission, on December 14, 2020, which response was the first pleading or other paper from which it could first be ascertained that this case was removable.

## CONSENT TO REMOVAL

### 17.

There are no other defendants in this matter, thus no consent to removal is necessary.

## VENUE

### 18.

The venue of this removal action is proper pursuant to the provisions of 28 U.S.C. § 1441(a), as the United States District Court for the Western District of Louisiana, Lafayette Division, embraces St. Mary Parish and the 16th Judicial District Court, the place where the state court action is pending.

### 19.

Based on the foregoing, Defendant shows that this matter is properly removable to this Court pursuant to the provisions of 28 U.S.C. § 1441, *et seq.*

1957911.v1

**20.**

Written notice of the filing of this removal will be sent to the adverse party as required by law.

**21.**

A true copy of this Notice of Removal is being filed with the Clerk of Court for the 16th Judicial District Court for the Parish of St. Mary, State of Louisiana, as required by law.

**22.**

**WHEREFORE**, Defendant, Family Dollar Stores of Louisiana, Inc., prays that the action be removed to this Court, that the Court accept jurisdiction of the action, and that the action be placed on the docket of the Court for further proceedings, as though it were originally instituted in the Court.

RESPECTFULLY SUBMITTED,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029

*/s/ Kelsey A. Clark*
Druit G. Gremillion, Jr., La. Bar Roll No. 33867
Kelsey A. Clark, La. Bar Roll No. 36413
*Counsel for Family Dollar Stores of Louisiana, Inc.*

1957911.v1

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| **KE'ELTA JUNIFER** | * | CIVIL DOCKET NO: |
| | * | |
| **VERSUS** | * | JUDGE: |
| | * | |
| **FAMILY DOLLAR STORES OF** | * | |
| **LOUISIANA, INC.** | * | MAG. JUDGE: |

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

    BEFORE ME, the undersigned authority, personally came and appeared

**KELSEY A. CLARK**

who, after being duly sworn, did depose and say:

    That the allegations contained in the Notice of Removal filed herein are true and correct to the best of her knowledge, information, and belief.

_____
Kelsey A. Clark

    **SWORN TO AND SUBSCRIBED** before me, Notary Public, this 13th day of January, 2021, Baton Rouge, Louisiana.

_____
NOTARY PUBLIC
Printed Name: _____
Notary ID No./La. Bar Roll No.: _____
My Commission Expires: _____

OFFICIAL SEAL
CATHERINE B. MOORE
BAR ROLL # 36389
STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE
My Commission is for Life

-1-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| KE'ELTA JUNIFER | * | CIVIL DOCKET NO: |
| | * | |
| VERSUS | * | JUDGE: |
| | * | |
| FAMILY DOLLAR STORES OF | * | |
| LOUISIANA, INC. | * | MAG. JUDGE: |

## **PROOF OF SERVICE**

Kelsey A. Clark, being duly sworn, does depose and say that she is a member of the bar of the State of Louisiana, is admitted to practice before the United States District Court, Western District of Louisiana, is a member of the firm Breazeale, Sachse & Wilson, L.L.P., and is counsel for Defendant, Family Dollar Stores of Louisiana, Inc.

Affiant further states that, on the 13th day of January, 2021, after the Notice of Removal is filed with the above Court, she is forwarding a copy of said Notice of Removal and attachments via electronic mail and by depositing same in the U.S. Mail, postage prepaid and properly addressed to:

DaShawn Hayes
The Hayes Law Firm
1100 Poydras Street, Suite 1530
New Orleans, Louisiana  70163
F: (504) 799-0375
E: dphayesesquire@gmail.com

Affiant further states that, on the same day, immediately following the delivery of the aforesaid papers, she is having a copy of the notice of removal filed with the Clerk of Court for the 16th Judicial District Court, Parish of St. Mary, State of Louisiana, for filing in the matter

1957911.v1

entitled "*Ke'elta Junifer versus Family Dollar Stores of Louisiana, Inc.*," bearing Docket Number 134988.

Kelsey A. Clark

**SWORN TO AND SUBSCRIBED** before me, Notary Public, this 13th day of January, 2021, Baton Rouge, Louisiana.

NOTARY PUBLIC

Printed Name: _____
Notary ID No./La. Bar Roll No.: _____
My Commission Expires: _____

OFFICIAL SEAL
**CATHERINE B. MOORE**
BAR ROLL # 36389
STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE
My Commission is for Life

1957911.v1

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | | |
|---|---|---|
| **KE'ELTA JUNIFER** | * | **CIVIL DOCKET NO:** |
| | * | |
| **VERSUS** | * | **JUDGE:** |
| | * | |
| **FAMILY DOLLAR STORES OF** | * | |
| **LOUISIANA, INC.** | * | **MAG. JUDGE:** |

## NOTICE TO ADVERSE PARTY

**TO:**   DaShawn Hayes
1100 Poydras Street, Suite 1530
New Orleans, Louisiana 70163

    **YOU ARE HEREBY NOTIFIED** that the Defendant, Family Dollar Stores of Louisiana, Inc., has filed the attached Notice of Removal, along with other attached documents, with the Clerk of Court for the United States District Court, Western District of Louisiana, Lafayette Division, and a copy of said Notice of Removal has been filed with the Clerk of Court for the 16th Judicial District Court, Parish of St. Mary, State of Louisiana.

                       RESPECTFULLY SUBMITTED,

                       BREAZEALE, SACHSE & WILSON, L.L.P.
                       One American Place, 23rd Floor
                       Post Office Box 3197
                       Baton Rouge, Louisiana 70821-3197
                       Telephone: 225-387-4000
                       Fax: 225-381-8029

                       */s/ Kelsey A. Clark*
                       Druit G. Gremillion, Jr., La. Bar Roll No. 33867
                       Kelsey A. Clark, La. Bar Roll No. 36413
                       *Counsel for Family Dollar Stores of Louisiana, Inc.*

-1-

1957911.v1

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

KE'ELTA JUNIFER

**(b)** County of Residence of First Listed Plaintiff   St. Mary Parish
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

DeShawn Hayes, The Hayes Law Firm, 1100 Poydras St, Ste 1530, New Orleans, LA 70163, 504-799-0374

## DEFENDANTS

FAMILY DOLLAR STORES OF LOUISIANA, INC.

County of Residence of First Listed Defendant   VA and NC
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

Druit Gremillion & Kelsey Clark, Breazeale, Sachse & Wilson 301 Main St., Ste 2300, Baton Rouge, LA 70801, 225-387-4000

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☐ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**

- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☒ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**

- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☒ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**

- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**

- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**

- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**

- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**

- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**

- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**

- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**

- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**

- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit (15 USC 1681 or 1692)
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File | |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 1332

Brief description of cause:
Slip and Fall

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE   Jan 13, 2021

SIGNATURE OF ATTORNEY OF RECORD   *Kelsey Clark*

## FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

No. <u>134988</u>

CIVIL

DIVISION

G

SIGUR

**IN THE**
**16TH JUDICIAL DISTRICT COURT**
**PARISH OF ST. MARY**
**STATE OF LOUISIANA**

KE'ELTA  JUNIFER

VS.

FAMILY DOLLAR STORES OF LOUISIANA, INC.

Cause of Action:   DAMAGES

FILED: July 14, 2020

CLIFF DRESSEL, CLERK OF COURT

By:   JENNIFER R. SPLANE, Dy. Clerk

DASHAWN HAYES
THE HAYES LAW FIRM, PLC
1100 POYDRAS ST., STE 1530
NEW ORLEANS, LA  70163
PHONE  (504) 799-0374

Attorney For Plaintiff

## NOTICE PLEASE

PLEASE  DO  NOT  REMOVE  ANY  PAPERS  FROM  THIS  FILE.    IF  YOU  ARE
INTERESTED IN ONLY ONE PAPER IN THIS CASE THEN TAKE THE ENTIRE FILE WITH
YOU SO TO KEEP ALL PAPERS TOGETHER.
YOU WILL FIND PAPER FILED FIRST IN THIS CASE ON TOP, PAPER FILED NEXT
SECOND TO THE TOP AND SO ON THROUGHOUT THE CASE.   ALL PAPERS BEING
KEPT IN THE ORDER IN WHICH THEY WERE FILED.

EXHIBIT
A

# # 134988

## J U R Y     R E P O R T

| JURY TRIAL REQUESTED, PRAYED FOR OR ORDERED (PARTY) | DATE JUROR FILING FEE POSTED | DATE JURY BOND FILED |
|---|---|---|
| Jury Trial prayed for by Family Dollar Stores of Louisiana Inc. 9-28-20 | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## J U D G M E N T     R E P O R T

| DESCRIPTION OF JUDGMENT | DATE RENDERED | COSTS ASSESSED TO: |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

14-Jul-2020  11:44    The Hayes Law Firm                                    1504755037J                    p.2

## 16TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. MARY

## STATE OF LOUISIANA

NO:   1 3 4 9 8 8                                     DIVISION:  Div. "G"

### KE'ELTA JUNIFER

### VERSUS

### FAMILY DOLLAR STORES OF LOUISIANA, INC

FILED:____JUL 1 4 2020_____          JENNIFER R. SPLANE
                                        _____
                                        DEPUTY CLERK

### PETITION FOR DAMAGES

The petition of Ke'elta Junifer, a person of the full age of majority and domiciled in the

Parish of St. Mary State of Louisiana, respectfully represents that:

I.

A.

The second named defendant is Family Dollar Stores of Louisiana, Inc, a foreign limited

liability company licensed to and doing business in the Parish of St. Mary, State of Louisiana,

and who, at all times mentioned herein was an additional operator and/or controller of the

premises located at 7535 Hwy La-182 E Morgan City, LA, where the incident at issue occurred.

II.

The aforementioned defendant is liable unto petitioner for the damages complained of

herein for the following reasons, to-wit:                    **SCANNED**

III.                            JUL 1 4 2020

On or about July 15, 2019, the petitioner was a patron at Family Dollar Stores located at

7535 Hwy La-182 E Morgan City, LA. The petitioner was walking in a careful and prudent

manner, when suddenly, unexpectedly and without warning, she slipped on a liquid substance on

the floor causing her to fall and injure herself. Upon information and belief, the liquid substance

was coming from several coolers that house perishable goods inside the said store. Petitioner

avers that the condition of the building, rendered the premises defective, ruinous, and hazardous

strictly liable for the damages caused to petitioner by the ruin of the building under Article 2322

and 660 of the Louisiana Civil Code. Defendants are also liable for the negligence of any

employees, agents or subcontractors under the doctrine of respondeat superior.

V.

Additionally, defendant, Family Dollar Stores of Louisiana, Inc, breached its duty of care

to petitioner, which breach includes, but is not limited to, the following:

a. Failing to properly hire, supervise and train its employees;

b. Failing to take all precautions such as to avoid this accident;

c. Failing to discover and correct an existing dangerous condition;

d. Failing to provide business invitees, such as petitioner, with a safe place to walk;

e. Failing to maintain the property and devices in good working condition;

f. Failure to maintain the property in accordance with Municipal, State, and other applicable codes;

g. Giving express or implied authorization to unsafe practices;

h. Conducting business in such a manner that an employee failed to safeguard the aisle area in question;

i. Inviting Petitioner to an area that is accessible only by a dangerous area;

j. Failing to properly maintain coolers and/or refrigerant storage units;

k. Failing to maintain and clean and safe store;

l. Failing to remedy the defective area in question; and

m. Any and all other acts of negligence and omissions that will be discovered and shown at the trial of this matter, including violations of State, City, and Municipal regulations and ordinances.

**SCANNED**

**JUL 1 4 2020**

VI.

As a result of her fall, petitioner suffered severe injuries to the structure, tissue and

muscles of her body, which include, but are not limited to, neck, back and all other injuries that

a.  Past, present, and future physical pain suffering and loss of function;

b.  Past, present, and future mental pain, anguish and suffering;

c.  Past, present, and future medical expenses which include, but are not limited to, rehabilitation costs, doctor bills, hospital bills, medical tests, pharmaceutical bills, laboratory examinations, physical examination costs, diagnostic studies, and prosthesis;

d.  Past, present, and future loss of earning capacity, including, but not limited to, loss of salary, fringe benefits, vacation, sick leave, overtime, parking, health and hospitalization insurance and disability coverage;

e.  Permanent disability to the musculature, ligaments and bones of the body and permanent scarring and disfigurement;

f.  General damages cognizable by the laws of Louisiana, its Constitution and the Constitution of the United States of America;

VIII.

Petitioner avers amicable demand to no avail.

WHEREFORE, petitioner, Ke'Elta Junifer, prays that the defendant, Family Dollar Stores of Louisiana, Inc, be and are hereby duly cited and served with a copy of this petition, to appear and answer same and after all legal delays and due proceedings are had, that there be judgment rendered herein in favor of petitioner, Ke'Elta Junifer, and against defendant, Family Dollar Stores of Louisiana, Inc, jointly, severally, and in solido, in an amount reasonably calculated to compensate her for the damages complained of herein, together with legal interest thereon, from the date of judicial demand, until paid, for all costs of these proceedings and for all general and equitable relief

RECEIVED AND FILE

SCANNED

JUL 1 4 2020

Respectfully submitted,

JUL 1 4 2020

DaShawn Hayes, #34,264
The Hayes Law Firm, PLC
1100 Poydras St. Ste 1530

By. Clerk of Court

14-Jul-2020  11:45    The Hayes Law Firm                          15847998375            p.5

**PLEASE SERVE**
Family Dollar Stores of Louisiana, Inc
THROUGH IT AGENT OF SERVICE
CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802

SCANNED

JUL 1 4 2020

RECEIVED AND FILED

JUL 1 4 2020

Dy. Clerk of Court

14-Jul-2020  11:43   The Hayes Law Firm                      15047998075          p.1

# THE HAYES LAW FIRM, PLC
### A PROFESSIONAL LAW CORPORATION

1100 Poydras St., Ste 1530
New Orleans, LA 70163

Ph: 504-799-0374
Fax: 504-799-0375

www.hayes-lawfirm.com

DaShawn P. Hayes, Esq*
dphayesesquire@gmail.com

*Also licensed in Illinois & California

July 14, 2020

**VIA FACSIMILE: 337-828-2509**
Clerk of Court
St. Mary Parish
PO Drawer 1231
Franklin, LA 70538

504-799-0375

RE:    New Suit

Dear Deputy Clerk,

Enclosed please find a copy of a Petition for Damages, which I ask that you file and assign a docket number and division.

Please fax back a confirmation receipt and costs invoice and I will forward the original and payment to your office within the next seven (7) days.

If you have any questions or concerns, please feel free to contact my office.

Yours very truly,

DaShawn P. Hayes, Esq

DPH

SCANNED

JUL 1 4 2020

New Orleans: Ph: 504-799-0374, Fax: 504-799-0375
Chicago: Ph: 312-821-6869, Fax: 312-821-6872

## FAX CONFIRMATION

**KEELTA JUNIFER**

**Vs. No. 134988 Div "G"**

**FAMILY DOLLAR STORES OF LOUISIANA INC**



**STATE OF LOUISIANA**

**16ᵗʰ JUDICIAL DISTRICT COURT**

**PARISH OF ST. MARY**

*YOU ARE HEREBY INFORMED BY THIS FAX CONFIRMATION NOTICE THAT THE FOLLOWING HAS BEEN FILED BY FACSIMILE.*

*DATE FAX TRANSMISSION RECEIVED:* **JULY 14, 2020**

*DESCRIPTION OF PLEADING:* **PETITION FOR DAMAGES**

*FILED ON BEHALF OF:* **KE'ELTA JUNIFER**

*ATTORNEY SIGNING PLEADING:* **DASHAWN HAYES**

This is to acknowledge that the above described facsimile transmission was received and filed on the date shown above as per LA R.S. 13:850.

The original pleading is to be forwarded within seven (7) days of this receipt together with the $5.00 transmission fee; $15.00 fee for this receipt; the correct filing fee to cover the cost of filing and recording the facsimile copy as well as the original pleading and any balance of costs due. When the original pleading is received, the file mark will indicate the actual date it is received.

The record will contain the facsimile pleading, this receipt and the original pleading.

**Receipt Acknowledged**

*Jennifer R. Aplane*

**Deputy Clerk of Court**

Receipt faxed to number: 504-799-0375

Date receipt faxed:  July 14, 2020

| | |
|---|---|
| Fax Transmission Fee | $5.00 |
| Fax Receipt Fee | $15.00 |
| Filing Fee for Faxed Pleading(s) | $18.00 |
| Filing Fee for Original Pleading (s) | $450.00 |
| **TOTAL AMOUNT DUE** | **$488.00** |

SCANNED

JUL 1 4 2020

[ FILE COPY ]

.501019900                                                   ʟ  P.01/01

TRANSACTION REPORT

                                      JUL/14/2020/TUE 12:24 PM

AX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|------|----------|----------|----------|------|-----------|---|------|
| 001 | JUL/14 | 12:23PM | 15047990375 | 0:00:35 | 1 | MEMORY    OK | ECM | 1597 |

## FAX CONFIRMATION

**KEELTA JUNIFER**                                    STATE OF LOUISIANA

**Vs. No. 134988 Div "G"**                                  16ᵗʰ JUDICIAL DISTRICT COURT

**FAMILY DOLLAR STORES OF LOUISIANA INC**                          PARISH OF ST. MARY

*YOU ARE HEREBY INFORMED BY THIS FAX CONFIRMATION NOTICE THAT THE FOLLOWING HAS BEEN FILED BY FACSIMILE.*

*DATE FAX TRANSMISSION RECEIVED:* **JULY 14, 2020**

*DESCRIPTION OF PLEADING:* **PETITION FOR DAMAGES**

*FILED ON BEHALF OF:* **KE'ELTA JUNIFER**

*ATTORNEY SIGNING PLEADING:* **DASHAWN HAYES**

This is to acknowledge that the above described facsimile transmission was received and filed on the date shown above as per LA R.S. 13:850.

The original pleading is to be forwarded within seven (7) days of this receipt together with the $5.00 transmission fee; $15.00 fee for this receipt; the correct filing fee to cover the cost of filing and recording the facsimile copy as well as the original pleading and any balance of costs due.  When the original pleading is received, the file mark will indicate the actual date it is received.

The record will contain the facsimile pleading, this receipt and the original pleading.

Receipt Acknowledged

*Jennifer R. Delane*

Deputy Clerk of Court                    **SCANNED**

                                          JUL 1 4 2020

Receipt faxed to number: 504-799-0375

Date receipt faxed:  July 14, 2020

**16TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. MARY**

**STATE OF LOUISIANA**

NO:    1 3 4 9 8 8                                      DIVISION: "C"

**KE'ELTA JUNIFER**

**VERSUS**

**FAMILY DOLLAR STORES OF LOUISIANA, INC**

FILED:     JUL 2 0 2020          JENNIFER R. SPLANE

                                             **DEPUTY CLERK**

**PETITION FOR DAMAGES**

The petition of Ke'elta Junifer, a person of the full age of majority and domiciled in the Parish of St. Mary State of Louisiana, respectfully represents that:

I.

A.

The second named defendant is Family Dollar Stores of Louisiana, Inc, a foreign limited liability company licensed to and doing business in the Parish of St. Mary, State of Louisiana, and who, at all times mentioned herein was an additional operator and/or controller of the premises located at 7535 Hwy La-182 E Morgan City, LA, where the incident at issue occurred.

II.

The aforementioned defendant is liable unto petitioner for the damages complained of herein for the following reasons, to-wit:

III.

On or about July 15, 2019, the petitioner was a patron at Family Dollar Stores located at 7535 Hwy La-182 E Morgan City, LA. The petitioner was walking in a careful and prudent manner, when suddenly, unexpectedly and without warning, she slipped on a liquid substance on the floor causing her to fall and injure herself. Upon information and belief, the liquid substance was coming from several coolers that house perishable goods inside the said store. Petitioner avers that the condition of the building, rendered the premises defective, ruinous, and hazardous to business invitees such as petitioner herein.

IV.

All of the aforementioned defendants are liable unto petitioner for their own negligence under Article 2315 of the Louisiana Civil Code and are strictly liable for the things under their custody, care and control, to wit: the building and premises at issue. Defendants are further

SCANNED

JUL 2 0 2020

strictly liable for the damages caused to petitioner by the ruin of the building under Article 2322 and 660 of the Louisiana Civil Code. Defendants are also liable for the negligence of any employees, agents or subcontractors under the doctrine of respondeat superior.

V.

Additionally, defendant, Family Dollar Stores of Louisiana, Inc, breached its duty of care to petitioner, which breach includes, but is not limited to, the following:

a. Failing to properly hire, supervise and train its employees;

b. Failing to take all precautions such as to avoid this accident;

c. Failing to discover and correct an existing dangerous condition;

d. Failing to provide business invitees, such as petitioner, with a safe place to walk;

e. Failing to maintain the property and devices in good working condition;

f. Failure to maintain the property in accordance with Municipal, State, and other applicable codes;

g. Giving express or implied authorization to unsafe practices;

h. Conducting business in such a manner that an employee failed to safeguard the aisle area in question;

i. Inviting Petitioner to an area that is accessible only by a dangerous area;

j. Failing to properly maintain coolers and/or refrigerant storage units;

k. Failing to maintain and clean and safe store;

l. Failing to remedy the defective area in question; and

m. Any and all other acts of negligence and omissions that will be discovered and shown at the trial of this matter, including violations of State, City, and Municipal regulations and ordinances.

VI.

As a result of her fall, petitioner suffered severe injuries to the structure, tissue and muscles of her body, which include, but are not limited to, neck, back and all other injuries that may be provided on medical reports and/or will be shown at the time of this trial.

VII.

Petitioner, Ke'Elta Junifer, is entitled to compensation in an amount sufficient to reasonably compensate her for the following general and specific damages, which include, but are not limited to the following:

SCANNED

JUL 2 0 2020

a. Past, present, and future physical pain suffering and loss of function;

b. Past, present, and future mental pain, anguish and suffering;

c. Past, present, and future medical expenses which include, but are not limited to, rehabilitation costs, doctor bills, hospital bills, medical tests, pharmaceutical bills, laboratory examinations, physical examination costs, diagnostic studies, and prosthesis;

d. Past, present, and future loss of earning capacity, including, but not limited to, loss of salary, fringe benefits, vacation, sick leave, overtime, parking, health and hospitalization insurance and disability coverage;

e. Permanent disability to the musculature, ligaments and bones of the body and permanent scarring and disfigurement;

f. General damages cognizable by the laws of Louisiana, its Constitution and the Constitution of the United States of America;

### VIII.

Petitioner avers amicable demand to no avail.

WHEREFORE, petitioner, Ke'Elta Junifer, prays that the defendant, Family Dollar Stores of Louisiana, Inc, be and are hereby duly cited and served with a copy of this petition, to appear and answer same and after all legal delays and due proceedings are had, that there be judgment rendered herein in favor of petitioner, Ke'Elta Junifer, and against defendant, Family Dollar Stores of Louisiana, Inc, jointly, severally, and in solido, in an amount reasonably calculated to compensate her for the damages complained of herein, together with legal interest thereon, from the date of judicial demand, until paid, for all costs of these proceedings and for all general and equitable relief

Respectfully submitted,

DaShawn Hayes, #34,204
The Hayes Law Firm, PLC
1100 Poydras St., Ste 1530
New Orleans, LA 70163
Phone: 504-799-0374
Fax: 504-799-0375
dphayesesquire@gmail.com
Attorney for Plaintiff

SCANNED
JUL 20 2020

A FACSIMILE OF THIS PLEADING
WAS RECEIVED AND FILED ON
JUL 14 2020

RECEIVED AND FILED

JUL 20 2020

Dy. Clerk of Court

3

**PLEASE SERVE**
Family Dollar Stores of Louisiana, Inc
THROUGH IT AGENT OF SERVICE
CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802

SCANNED

JUL 20 2020

A FACSIMILE OF THIS PLEADING
WAS RECEIVED AND FILED ON

JUL 14 2020

RECEIVED AND FILED

JUL 20 2020

Dy. Clerk of Court

4

# CLIFF DRESSEL
## CLERK, ST. MARY PARISH
## P. O. DRAWER 1231
## FRANKLIN, LOUISIANA 70538

Date Mailed: JULY 20, 2020

TO:

EAST BATON ROUGE PARISH SHERIFF
P. O. BOX 3277
BATON ROUGE, LA 70821-

KEELTA JUNIFER

Vs.  NO. 134988 DIV G

FAMILY DOLLAR STORES OF LOUISIANA INC

The following listed items have been issued for service.  After service is made, please send your return stating the type of service along with your statement of cost.  If service can not be made, please state reason.  Thank you for your prompt attention.

CITATION AND PETITION issued for service on:  FAMILY DOLLAR STORES OF LOUISIANA, INC., THROUGH ITS AGENT, CORPORATION SERVICE COMPANY, 501 LOUISIANA AVENUE, BATON ROUGE, LA 70802

CLIFF DRESSEL
Clerk of Court
St. Mary Parish, Louisiana
16th Judicial District Court

*Jinifer R. Aplane*

Deputy Clerk of Court

# CITATION

| KEELTA JUNIFER | | STATE OF LOUISIANA |
|---|---|---|
| Vs. No. 134988 Div "G" |  | 16th JUDICIAL DISTRICT COURT |
| FAMILY DOLLAR STORES OF LOUISIANA INC | | PARISH OF ST. MARY |

To: FAMILY DOLLAR STORES OF LOUISIANA, INC., THROUGH ITS AGENT, CORPORATION SERVICE COMPANY, 501 LOUISIANA AVENUE, BATON ROUGE, LA 70802

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation or to file your answer or other pleading to said petition in the office of the Clerk of the 16th Judicial District Court in the St. Mary Parish Court House in the City of Franklin in said Parish within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE AT FRANKLIN, LOUISIANA, JULY 20, 2020.

CLIFF DRESSEL
Clerk of Court
St. Mary Parish, Louisiana
16th Judicial District Court

*Jennifer R. Oglane*

Deputy Clerk of Court

SPACE BELOW FOR SHERIFF'S RETURN

[ FILE COPY ]

# CITATION

KEELTA JUNIFER

Vs. No. 134988 Div "G"

FAMILY DOLLAR STORES OF
LOUISIANA INC



STATE OF LOUISIANA

16th JUDICIAL DISTRICT COURT

PARISH OF ST. MARY

To: FAMILY DOLLAR STORES OF LOUISIANA, INC., THROUGH ITS AGENT, CORPORATION SERVICE COMPANY, 501 LOUISIANA AVENUE, BATON ROUGE, LA 70802

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation or to file your answer or other pleading to said petition in the office of the Clerk of the 16th Judicial District Court in the St. Mary Parish Court House in the City of Franklin in said Parish within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE AT FRANKLIN, LOUISIANA, JULY 20, 2020.

CLIFF DRESSEL
Clerk of Court
St. Mary Parish, Louisiana
16th Judicial District Court

_____
Deputy Clerk of Court

SPACE BELOW FOR SHERIFF'S RETURN

SCANNED

AUG 1 0 2020

I made service on the named party through the
☑ Personal   ☐ Legal Dept.
☐ Domiciliary   ☐ Corp. Service Agent

JUL 2 8 2020

by tendering a copy of this document to
☑ Emily Fields   ☐ Rhonda Weldon
☐ Other _____

ELEANOR STEWART 0799
East Baton Rouge Sheriff's Office

RECEIVED

AUG 03 2020

CLIFF DRESSEL CLERK OF COURT
ST. MARY PARISH, LA

[ ORIGINAL ]

## NOTICE OF SERVICE

KEELTA JUNIFER

Vs. No. 134988 Div "G"

FAMILY DOLLAR STORES OF
LOUISIANA INC



STATE OF LOUISIANA

16th JUDICIAL DISTRICT COURT

PARISH OF ST. MARY

DASHAWN HAYES
THE HAYES LAW FIRM, PLC
1100 POYDRAS ST., STE 1530
NEW ORLEANS, LA 70163

Pleading Served: CITATION AND PETITION

Party Served: FAMILY DOLLAR STORES OF LOUISIANA, INC. THROUGH ITS AGENT,
CORPORATION SERVICE COMPANY

Date Served: TUESDAY, JULY 28, 2020

Type of Service: PERSONAL - EMILY FIELDS

Notified on: August 7, 2020

CLIFF DRESSEL
Clerk of Court
St. Mary Parish, Louisiana
16th Judicial District Court

*Becky B. Haydel*

Deputy Clerk of Court

[ FILE COPY ]

KE'ELTA JUNIFER                          §   DOCKET NO. 134988   DIV.: G
                                          §
                                          §   16TH DISTRICT COURT
V.                                       §
                                          §   PARISH OF ST. MARY
FAMILY DOLLAR STORES OF                  §
LOUISIANA, INC.                          §   STATE OF LOUISIANA

## ANSWER TO PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Defendant, Family Dollar Stores of Louisiana, Inc. ("Family Dollar"), which answers the Petition for Damages filed by plaintiff, Ke'Elta Junifer as follows:

### I.A.

Family Dollar admits that it is made defendant herein; however, all allegations of fault or liability are denied.

### II.

The allegations contained in paragraph II are denied.

### III.

The allegations contained in paragraph III are denied.

### V. [sic]

The allegations contained in paragraph V [sic], and all subparts thereof, are denied.

### VI.

The allegations contained in paragraph VI, and all subparts thereof, are denied.

### VIII. [sic]

The allegations contained in paragraph VIII [sic], are denied as written.

AND NOW, FURTHER ANSWERING, DEFENDANT, FAMILY DOLLAR STORES OF LOUISIANA, INC., STATES:

### IX.

Family Dollar specifically denies having any knowledge, whether actual or constructive, of any allegedly dangerous conditions on its premises on the date of plaintiff's alleged incident.

### X.

Family Dollar specifically denies that it breached any duty owed to plaintiff.

### XI.

Family Dollar specifically denies that it failed to exercise reasonable care to keep its premises in a reasonably safe condition.

SCANNED

SEP 2 1 2020

-1-

## XII.

Family Dollar specifically denies that it failed to exercise reasonable care to keep its premises free of hazardous conditions.

## XIII.

Family Dollar specifically denies that the condition of the premises on which plaintiff allegedly injured herself presented an unreasonable risk of harm.

## XIV.

Family Dollar specifically denies that it created the allegedly dangerous condition on which plaintiff allegedly injured herself.

## XV.

Family Dollar denies that any action or inaction on its part was a cause in fact or legal cause of any injuries/damages to plaintiff.

## XVI.

The fault of plaintiff is pled in bar or reduction of plaintiff's recovery.

## XVII.

The fault of third parties for whom Family Dollar is not liable is pled in bar or reduction of plaintiff's recovery.

## XVIII.

Plaintiff's failure to mitigate her damages is pled in bar or reduction of plaintiff's recovery.

## XIX.

Family Dollar is entitled to and requests a trial by jury.

## XX.

Defendant affirmatively alleges that, to the extent that plaintiff's medical expenses have been paid by worker's compensation, Medicare, Medicaid, or negotiated discounts, Defendant's alleged liability is limited to the amount actually paid, and not the gross amount billed.

**WHEREFORE, FAMILY DOLLAR STORES OF LOUISIANA, INC., PRAYS** that after due proceedings, there be judgment in its favor, dismissing plaintiff's claims with prejudice, and assessing all costs against plaintiff.

Alternatively, Family Dollar prays that any recovery in favor of plaintiff be reduced by an amount commensurate with a degree of fault attributable to plaintiff, and a degree of fault attributable to third parties for whom Family Dollar is not liable. Finally, Family Dollar prays that

SCANNED

SEP 2 1 2020                    1958294.v1

any recovery in favor of plaintiff be reduced by an amount commensurate with plaintiff's failure to mitigate her damages.

Finally, Family Dollar prays for a trial by jury.

Respectfully submitted,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029

Druit G. Gremillion, La. Bar Roll No. 33867
Kelsey A. Clark, La. Bar Roll No. 36413
druit.gremillion@bswllp.com
kelsey.clark@bswllp.com
*Attorneys for Family Dollar Stores of Louisiana, Inc.*

SCANNED

SEP 2 1 2020

RECEIVED AND FILED

SEP 1 7 2020

Dy. Clerk of Court

-3-

1958294.v1

| KE'ELTA JUNIFER | § | DOCKET NO. 134988   DIV.: G |
| | § | |
| | § | 16TH DISTRICT COURT |
| V. | § | |
| | § | PARISH OF ST. MARY |
| FAMILY DOLLAR STORES OF | § | |
| LOUISIANA, INC. | § | STATE OF LOUISIANA |

## REQUEST FOR NOTICE

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to send to us written notice by mail, at least ten (10) days in advance of any date fixed for any and all conferences, hearings, and/or trials in matter, whether on exceptions, rules or the merits thereof, or any assignment of fixing of said case.

In accordance with the provisions of Article 1913 and 1914 of the Louisiana Code of Civil Procedure, you also hereby are requested to send to us immediately notice of any order or judgment made or rendered in this case, upon the entry of such order or judgment, whether interlocutory or final.

This request for notice is made with full reservation of all rights, and we thank you for your customary courtesy and cooperation.

Respectfully submitted,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029

Druit G. Gremillion, La. Bar Roll No. 33867
Kelsey A. Clark, La. Bar Roll No. 36413
druit.gremillion@bswllp.com
kelsey.clark@bswllp.com
*Attorneys for Family Dollar Stores of Louisiana, Inc.*

SCANNED

SEP 2 1 2020

RECEIVED AND FILED

SEP 1 7 2020

1958294.v1

Dy. Clerk of Court

KE'ELTA JUNIFER       §    DOCKET NO. 134988    DIV.: G

                      §

V.                   §    16TH DISTRICT COURT

                      §

FAMILY DOLLAR STORES OF    §    PARISH OF ST. MARY
LOUISIANA, INC.            §

                      §    STATE OF LOUISIANA

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *Answer to Petition for Damages and Request for Notice* has been sent this date via electronic mail to the following counsel of record:

DaShawn P. Hayes
1100 Poydras St., Suite 1530
New Orleans, LA 70163
E: dphayesesquire.@gmail.com
*Counsel for plaintiff*

Baton Rouge, Louisiana, this 17th day of September, 2020.

_____
Kelsey A. Clark

SCANNED

SEP 2 1 2020

RECEIVED AND FILED

SEP 17 2020

Dy. Clerk of Court

1958294.v1

08/17/2020  2.02PM FAX  2255816025         breazeale,sachseawilson              @001/0008



**BREAZEALE, SACHSE & WILSON, L.L.P.** | ATTORNEYS AT LAW

KELSEY A. CLARK
kelsey.clark@bswllp.com

DIRECT DIAL (225) 381-3174
CORPORATE PHONE (225) 387-4000
FAX (225) 381-8029
One American Place, 23rd Floor
301 Main Street
Baton Rouge, LA 70801
P.O. Box 3197
Baton Rouge, LA 70821-3197
www.bswllp.com

September 17, 2020

Honorable Cliff Dressel
Clerk of Court, 16th JDC
Parish of St. Mary
P. O. Drawer 1231
Franklin, LA 70538-1231

<u>FAX FILING (337)/828-2509)</u>
<u>AND REGULAR MAIL</u>

225-381-8029

RE:   *Ke'elta Junifer v. Family Dollar Stores of Louisiana, Inc.*
Docket No. 134,988, Div. G, 16th JDC, St. Mary Parish
BSW File No.: 15630-56506

Dear Clerk:

Enclosed please find an original and one (1) copy of each of an Answer to Petition for Damages and Request for Notice on behalf of Defendant, Family Dollar Stores of Louisiana, Inc. Please file the originals into the suit record and return stamped filed copies to me in the enclosed self-addressed and stamped envelope. Please note that these pleadings are being fax filed and the originals are being sent to you via regular mail.

Please fax a confirmation of receipt of this fax, along with an invoice for the amount due to file these pleadings to me at (225) 381 8029. I will enclose our firm's check in that amount to cover the filing fees, which will include the fax filing fee.

Thank you in advance for your courtesies in this matter. Should you have any questions or concerns, please do not hesitate to contact us.

Sincerely,

BREAZEALE, SACHSE & WILSON, L.L.P.

Kelsey A. Clark

KAC/mrv
Enclosures
cc:   DaShawn Hayes, Esq. (via email) (w/encl.)

SCANNED

SEP 2 1 2020

## FAX CONFIRMATION

**KEELTA JUNIFER**

Vs. No. 134988 Div "G"

**FAMILY DOLLAR STORES OF LOUISIANA INC**



**STATE OF LOUISIANA**

**16th JUDICIAL DISTRICT COURT**

**PARISH OF ST. MARY**

*YOU ARE HEREBY INFORMED BY THIS FAX CONFIRMATION NOTICE THAT THE FOLLOWING HAS BEEN FILED BY FACSIMILE.*

*DATE FAX TRANSMISSION RECEIVED:* **SEPTEMBER 17, 2020**

*DESCRIPTION OF PLEADING:* **ANSWER TO PETITION, REQUEST FOR NOTICE AND CERTIFICATE OF SERVICE**

*FILED ON BEHALF OF:* **FAMILY DOLLAR STORES OF LOUISIANA, INC.**

*ATTORNEY SIGNING PLEADING:* **KELSEY A. CLARK**

This is to acknowledge that the above described facsimile transmission was received and filed on the date shown above as per LA R.S. 13:850.

The original pleading is to be forwarded within seven (7) days of this receipt together with the $5.00 transmission fee; $15.00 fee for this receipt; the correct filing fee to cover the cost of filing and recording the facsimile copy as well as the original pleading and any balance of costs due. When the original pleading is received, the file mark will indicate the actual date it is received.

The record will contain the facsimile pleading, this receipt and the original pleading.

**Receipt Acknowledged**

*Jennifer R. Gelane*

_____

**Deputy Clerk of Court**

Receipt faxed to number: 225-381-8029

Date receipt faxed:  September 17, 2020

| | |
|---|---|
| **Fax Transmission Fee** | $5.00 |
| **Fax Receipt Fee** | $15.00 |
| **Filing Fee for Faxed Pleading(s)** | $26.00 |
| **Filing Fee for Original Pleading (s)** | $35.00 |
| **TOTAL AMOUNT DUE** | **$81.00** |

SCANNED

SEP 2 1 2020

[ FILE COPY ]

501019900

TRANSACTION REPORT                          P.01/01

AX(TX)                          SEP/17/2020/THU 04:10 PM

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|------|----------|----------|----------|------|-----------|--|------|
| 001 | SEP/17 | 04:08PM | 12253818029 | 0:01:18 | 1 | MEMORY OK | ECM | 2545 |

## FAX CONFIRMATION

**KEELTA JUNIFER**

**Vs. No. 134988 Div "G"**

**FAMILY DOLLAR STORES OF LOUISIANA INC**



**STATE OF LOUISIANA**

**16th JUDICIAL DISTRICT COURT**

**PARISH OF ST. MARY**

*YOU ARE HEREBY INFORMED BY THIS FAX CONFIRMATION NOTICE THAT THE FOLLOWING HAS BEEN FILED BY FACSIMILE.*

*DATE FAX TRANSMISSION RECEIVED:* **SEPTEMBER 17, 2020**

*DESCRIPTION OF PLEADING:* **ANSWER TO PETITION, REQUEST FOR NOTICE AND CERTIFICATE OF SERVICE**

*FILED ON BEHALF OF:* **FAMILY DOLLAR STORES OF LOUISIANA, INC.**

*ATTORNEY SIGNING PLEADING:* **KELSEY A. CLARK**

This is to acknowledge that the above described facsimile transmission was received and filed on the date shown above as per LA R.S. 13:850.

The original pleading is to be forwarded within seven (7) days of this receipt together with the $5.00 transmission fee; $15.00 fee for this receipt; the correct filing fee to cover the cost of filing and recording the facsimile copy as well as the original pleading and any balance of costs due. When the original pleading is received, the file mark will indicate the actual date it is received.

The record will contain the facsimile pleading, this receipt and the original pleading.

Receipt Acknowledged        **SCANNED**

*Jennifer R. Aplane*

SEP 2 1 2020

**Deputy Clerk of Court**

Receipt faxed to number: 225-381-8029

Date receipt faxed: September 17, 2020

| KE'ELTA JUNIFER | § | DOCKET NO. 134988    DIV.: G |
| | § | |
| | § | 16TH DISTRICT COURT |
| V. | § | |
| | § | PARISH OF ST. MARY |
| FAMILY DOLLAR STORES OF | § | |
| LOUISIANA, INC. | § | STATE OF LOUISIANA |

## ANSWER TO PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Defendant, Family Dollar Stores of Louisiana, Inc. ("Family Dollar"), which answers the Petition for Damages filed by plaintiff, Ke'Elta Junifer as follows:

I.A.

Family Dollar admits that it is made defendant herein; however, all allegations of fault or liability are denied.

II.

The allegations contained in paragraph II are denied.

III.

The allegations contained in paragraph III are denied.

V. [sic]

The allegations contained in paragraph V [sic], and all subparts thereof, are denied.

VI.

The allegations contained in paragraph VI, and all subparts thereof, are denied.

VIII. [sic]

The allegations contained in paragraph VIII [sic], are denied as written.

AND NOW, FURTHER ANSWERING, DEFENDANT, FAMILY DOLLAR STORES OF LOUISIANA, INC., STATES:

IX.

Family Dollar specifically denies having any knowledge, whether actual or constructive, of any allegedly dangerous conditions on its premises on the date of plaintiff's alleged incident.

X.

Family Dollar specifically denies that it breached any duty owed to plaintiff.

XI.

Family Dollar specifically denies that it failed to exercise reasonable care to keep its premises in a reasonably safe condition.

SCANNED

SEP 3 0 2020        1958294.v1

-1-

## XII.

Family Dollar specifically denies that it failed to exercise reasonable care to keep its premises free of hazardous conditions.

## XIII.

Family Dollar specifically denies that the condition of the premises on which plaintiff allegedly injured herself presented an unreasonable risk of harm.

## XIV.

Family Dollar specifically denies that it created the allegedly dangerous condition on which plaintiff allegedly injured herself.

## XV.

Family Dollar denies that any action or inaction on its part was a cause in fact or legal cause of any injuries/damages to plaintiff.

## XVI.

The fault of plaintiff is pled in bar or reduction of plaintiff's recovery.

## XVII.

The fault of third parties for whom Family Dollar is not liable is pled in bar or reduction of plaintiff's recovery.

## XVIII.

Plaintiff's failure to mitigate her damages is pled in bar or reduction of plaintiff's recovery.

## XIX.

Family Dollar is entitled to and requests a trial by jury.

## XX.

Defendant affirmatively alleges that, to the extent that plaintiff's medical expenses have been paid by worker's compensation, Medicare, Medicaid, or negotiated discounts, Defendant's alleged liability is limited to the amount actually paid, and not the gross amount billed.

**WHEREFORE, FAMILY DOLLAR STORES OF LOUISIANA, INC., PRAYS** that after due proceedings, there be judgment in its favor, dismissing plaintiff's claims with prejudice, and assessing all costs against plaintiff.

Alternatively, Family Dollar prays that any recovery in favor of plaintiff be reduced by an amount commensurate with a degree of fault attributable to plaintiff, and a degree of fault attributable to third parties for whom Family Dollar is not liable. Finally, Family Dollar prays that

SCANNED

SEP 3 0 2020

1958294.v1

any recovery in favor of plaintiff be reduced by an amount commensurate with plaintiff's failure to mitigate her damages.

Finally, Family Dollar prays for a trial by jury.

Respectfully submitted,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029

_Druit G. Gremillion, La. Bar Roll No. 33867_
Kelsey A. Clark, La. Bar Roll No. 36413
druit.gremillion@bswllp.com
kelsey.clark@bswllp.com
*Attorneys for Family Dollar Stores of Louisiana, Inc.*

A FACSIMILE OF THIS PLEADING
WAS RECEIVED AND FILED ON

SEP 17 2020

SCANNED

SEP 3 0 2020

RECEIVED AND FILED

SEP 2 8 2020

DY. CLERK OF COURT

-3-

1958294.v1

KE'ELTA JUNIFER § DOCKET NO. 134988   DIV.: G
§
§
§ 16TH DISTRICT COURT
V. §
§ PARISH OF ST. MARY
§
FAMILY DOLLAR STORES OF § STATE OF LOUISIANA
LOUISIANA, INC. §

## REQUEST FOR NOTICE

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil

Procedure, you are hereby requested to send to us written notice by mail, at least ten (10) days in

advance of any date fixed for any and all conferences, hearings, and/or trials in matter, whether on

exceptions, rules or the merits thereof, or any assignment of fixing of said case.

In accordance with the provisions of Article 1913 and 1914 of the Louisiana Code of Civil

Procedure, you also hereby are requested to send to us immediately notice of any order or judgment

made or rendered in this case, upon the entry of such order or judgment, whether interlocutory or

final.

This request for notice is made with full reservation of all rights, and we thank you for your

customary courtesy and cooperation.

Respectfully submitted,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone:  225-387-4000
Fax: 225-381-8029

Druit G. Gremillion, La. Bar Roll No. 33867
Kelsey A. Clark, La. Bar Roll No. 36413
druit.gremillion@bswllp.com
kelsey.clark@bswllp.com
*Attorneys for Family Dollar Stores of Louisiana, Inc.*

A FACSIMILE OF THIS PLEADING
WAS RECEIVED AND FILED ON

SEP 1 7 2020

SCANNED

RECEIVED AND FILED   SEP 3 0 2020

SEP 2 8 2020

DY. CLERK OF COURT

-4-

1958294.v1

KE'ELTA JUNIFER                    §   DOCKET NO. 134988    DIV.: G
                                  §
                                  §
V.                                §   16TH DISTRICT COURT
                                  §
                                  §   PARISH OF ST. MARY
FAMILY DOLLAR STORES OF           §
LOUISIANA, INC.                   §   STATE OF LOUISIANA

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *Answer to Petition for Damages and Request for Notice* has been sent this date via electronic mail to the following counsel of record:

> DaShawn P. Hayes
> 1100 Poydras St., Suite 1530
> New Orleans, LA 70163
> E: dphayesesquire.@gmail.com
> *Counsel for plaintiff*

Baton Rouge, Louisiana, this 17th day of September, 2020.

_____
Kelsey A. Clark

A FACSIMILE OF THIS PLEADING
WAS RECEIVED AND FILED ON

SEP 17 2020

SCANNED

SEP 3 0 2020

RECEIVED AND FILED

SEP 2 8 2020

Becky B. Haydel
DY. CLERK OF COURT

-5-

1958294.v1



**BREAZEALE, SACHSE & WILSON, L.L.P.** | ATTORNEYS AT LAW

KELSEY A. CLARK
*kelsey.clark@bswllp.com*

DIRECT DIAL: (225) 381-3174
CORPORATE PHONE: (225) 387-4000
FAX: (225) 381-8029
One American Place, 23rd Floor
301 Main Street
Baton Rouge, LA 70801
P.O. Box 3197
Baton Rouge, LA  70821-3197

www.bswllp.com

September 17, 2020

Honorable Cliff Dressel
**Clerk of Court, 16th JDC**
**Parish of St. Mary**
P. O. Drawer 1231
Franklin, LA 70538-1231

<u>**FAX FILING (337)/828-2509)**</u>
<u>**AND REGULAR MAIL**</u>

RE:   ***Ke'elta Junifer v. Family Dollar Stores of Louisiana, Inc.***
Docket No.  134,988, Div. G, 16th JDC, St. Mary Parish
BSW File No.: 15630-56506

Dear Clerk:

Enclosed please find an original and one (1) copy of each of an Answer to Petition for Damages and Request for Notice on behalf of Defendant, Family Dollar Stores of Louisiana, Inc. Please file the originals into the suit record and return stamped filed copies to me in the enclosed self-addressed and stamped envelope.  Please note that these pleadings are being fax filed and the originals are being sent to you via regular mail.

Please fax a confirmation of receipt of this fax, along with an invoice for the amount due to file these pleadings to me at (225) 381 8029.  I will enclose our firm's check in that amount to cover the filing fees, which will include the fax filing fee.

Thank you in advance for your courtesies in this matter.  Should you have any questions or concerns, please do not hesitate to contact us.

Sincerely,
**BREAZEALE, SACHSE & WILSON, L.L.P.**

Kelsey A. Clark

KAC/mrv
Enclosures
cc:   DaShawn Hayes, Esq. (via email) (w/encl.)

SCANNED

SEP 3 0 2020

1958586.v1

16TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. MARY

NO:   134988

DIVISION: G

KE'ELTA JUNIFER

VERSUS

FAMILY DOLLAR STORES OF LOUISIANA, INC,

FILED:_____        _____
                                              DEPUTY CLERK

## PLAINTIFFS' RESPONSES TO REQUEST FOR ADMISSIONS

NOW INTO COURT, through undersigned counsel, come Plaintiff, Ke' Elta Junifer,

who respond to the request for admissions as propounded by the defendants, Family Dollar

Stores of Louisiana, INC., as follows:

**REQUEST NO. 1**

Please admit that your claims against Family Dollar in this matter do not exceed $75,000,
exclusive of interest and costs.

**RESPONSE:**

Denied.

Respectfully submitted,

_____
DaShawn Hayes, #34,204
The Hayes Law Firm, PLC
1100 Poydras St., Ste 1530
New Orleans, LA 70163
Phone: 504-799-0374
Fax: 504-799-0375
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading forwarded to all parties by

First Class, United States Mail, facsimile, or other electronic means on this 14th day of

December 2020.

_____
DaShawn Hayes

EXHIBIT
**B**